UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW HOWARD HALL, | No. 2:22-cv-1722 CKD P |
| Petitioner, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has paid the filing fee.

The court requires all petitions for writ of habeas corpus be filed on the proper form which is provided by this court. Moreover, the court may limit its review of the petition to the information on the form only and need not consider any memoranda or attachments to the petition. See Rule 2(c), Rules Governing § 2254 Cases.

Petitioner is hereby notified that in order for this court to review his petition, he must refile it on the proper form. Furthermore, although petitioner may submit a separate memorandum to support his petition for relief, the court's form must contain all relevant claims, and must provide the court with all necessary information.

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application for writ of habeas corpus is dismissed with leave to amend within thirty days from the date of this order.[1]

2. Any amended petition must be filed on the form employed by this court and must state all claims and prayers for relief on the form. It must bear the case number assigned to this action and must bear the title "Amended Petition."

3. The Clerk of the Court is directed to send petitioner the form for habeas corpus application by state prisoners.

Dated: January 12, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hall1722.115

---

[1] By setting this deadline, the court is making no finding or representation as to whether the petition is subject to dismissal as untimely.