UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW HOWARD HALL, | No. 2:22-cv-1722 DJC CKD P |
| Petitioner, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

On June 14, 2023, the court ordered petitioner to file an opposition to a pending motion to dismiss. Petitioner indicates he has not received a copy of the motion. Good cause appearing, IT IS HEREBY ORDERED that, within five days, respondent shall serve a copy of the pending motion to dismiss on petitioner's address of record and file a certificate of service with the court. Petitioner shall file a response to the motion to dismiss within 30 days of service. Failure to file a response to the motion to dismiss will result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated: August 3, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hall1722.serv